FILED

APR 1 2 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JILL L. BURKHARDT))

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOI PRESTON,<br><br>Defendant. | CASE NO.: 19CR1875-W<br><br>**ORDER FOR RELEASE OF SURETY'S SIGNATURE ON APPEARANCE BOND** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the appearance bond in the amount of $20,000 secured by Surety Brandee Ahnee Bright's signature is released of all obligations.

**IT IS SO ORDERED.**

Dated: 4/12/22

HONORABLE JILL L. BURKHARDT
United States Magistrate Judge